IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLAUDE MILLER,

    Petitioner,

v.

JOHN DOE,

    Respondent.

No. C 10-02683 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

    On June 18, 2010, Petitioner, a state prisoner, filed a letter which the Court construed as his intention to file a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day the action was filed, the Clerk of the Court sent a notification to Petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application. The Clerk also sent Petitioner a second notification directing him to file a completed habeas corpus petition form. The Clerk sent Petitioner a blank in forma pauperis application and a blank habeas petition form and told him that he must pay the fee or return the completed forma pauperis application as well as complete the habeas petition form within thirty days or his action would be dismissed.

    More than thirty days have passed and Petitioner has not paid the filing fee, returned the in forma pauperis application, completed the habeas petition form or otherwise communicated with the Court. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Court has rendered its final decision on this matter; therefore, this Order TERMINATES Petitioner's case. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

DATED: 8/26/10

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\HC.10\Miller2683.DisIFP.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CLAUDE MILLER,

        Plaintiff,

  v.

// et al,

        Defendant.

Case Number: CV10-02683 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 26, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Claude Miller K83748
California Institute for Men State Prison
P.O. Box 600
Chino, CA 91708

Dated: August 26, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\HC.10\Miller2683.DisIFP.frm    2